**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00144-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. HECTOR PASCUAL CURIEL-SANCHEZ,

 Defendant.

---

**MINUTE ORDER**[1]

---

 At the oral request of the parties, the change of plea hearing set for December 9, 2011, is **VACATED** and is **CONTINUED** to **March 30, 2012**, at 11:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

 Dated: December 9, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.